UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 8:25-cv-00076-JWH-JDE | Date | May 13, 2026 |
|---|---|---|---|
| Title | *Erika Louraine Johnson, et al. v. FCA US, LLC, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

None Present                                  None Present

**Proceedings:   ORDER TO SHOW CAUSE REGARDING DEFICIENT PRETRIAL DOCUMENTS**

A district court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).  "Under Fed. R. Civ. P. 41, a court may order sanctions up to and including dismissal for a party's failure to comply with a court order." *Curtis v. United States*, 2024 WL 1786285, at *2 (C.D. Cal. Mar. 19, 2024).

The Scheduling Order and L.R. 16-4 through 16-7 require the parties to file, *inter alia*, the following materials in preparation for trial:

- proposed Final Pretrial Conference Order prepared by counsel for Plaintiffs Erika Louraine Johnson and Raymon Tyler Johnson and signed by all counsel;
- proposed *joint* jury instructions and any objections thereto;
- proposed *joint* special verdict forms and any objections thereto; and

- *joint* statement of the case.[1]

Here, however, several of the parties' filings do not comply with the Scheduling Order.  Specifically, the parties have filed the following non-compliant documents (collectively, the "Deficient Documents"):

- a proposed final pretrial conference order that is not signed by counsel for Defendant FCA US, LLC;[2]
- separate proposed pretrial conference orders;[3]
- separate proposed jury instructions without objections from either party;[4] and
- separate proposed special jury verdict forms.[5]

The Final Pretrial Conference in the instant action is scheduled for May 22, 2026.[6] All of the Deficient Documents were due May 8, 2026—*i.e.*, no later than 14 days before the final pretrial conference.[7]  Because the Deficient Documents are non-compliant and the deadline has passed, they are untimely.  Additionally, the parties failed to meet and confer when preparing the jury instructions, in further violation of the Scheduling Order.[8]

Because the parties have violated the Scheduling Order, the Court, on its own motion, hereby **ORDERS** as follows:

1.      Counsel of record for Plaintiffs and Defendant FCA, and each of them, are **ORDERED** to **SHOW CAUSE** in writing no later than 12:00 noon on

---

[1]      *See generally* Scheduling Order [ECF No. 18] (emphasis added).

[2]      Pls.' Proposed Pretrial Conference Order [ECF No. 44].

[3]      Def.'s Proposed Pretrial Conference Order [ECF No. 41]; Pls.' Proposed Pretrial Conference Order.

[4]      Def.'s Proposed Jury Instructions (Amended Set) [ECF No. 40]; Pls.' Proposed Jury Instructions [ECF No. 42].

[5]      Def.'s Proposed Special Jury Verdict Form [ECF No. 37]; Pls.' Proposed Special Jury Verdict Form [ECF No. 43].

[6]      *See* Scheduling Order.

[7]      *See id.*

[8]      Pls.' Proposed Jury Instructions 1:24–27; *see* Scheduling Order.

**CIVIL MINUTES— GENERAL**        Initials of Deputy Clerk pd

May 18, 2026, why sanctions in the amount of $500 should not be issued against each counsel of record.

2.      The parties are **DIRECTED** to file no later than May 20, 2026, corrected documents that comply with the Scheduling Order and L.R. 16-4 through 16-7.

3.      A hearing on this Order to Show Cause is **SET** for May 22, 2026, at 1:00 p.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.  All counsel of record are **DIRECTED** to attend that hearing.

    **IT IS SO ORDERED.**

---

**CIVIL MINUTES—
GENERAL**                    Initials of Deputy Clerk <u>pd</u>