JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERIKA LOURAINE JOHNSON AND RAYMON TYLER JOHNSON,

Plaintiffs,

vs.

FCA US, LLC,

Defendant.

Case No. 8:25-cv-00076-JWH-JDE

Hon. Judge John W. Holcomb

**JUDGEMENT**

The Court, having considered Plaintiffs ERIKA LOURAINE JOHNSON and RAYMON TYLER JOHNSON ("Plaintiffs") Notice of Acceptance of Federal Rule of Civil Procedure, Rule 68 Offer of Judgment, finds that Plaintiffs ERIKA LOURAINE JOHNSON and RAYMON TYLER JOHNSON timely accepted Defendant FCA US, LLC's Federal Rule of Civil Procedure, Rule 68 Offer of Judgment on July 6, 2026. WHEREFORE, by virtue of law and by reason of the premises aforesaid,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is **GRANTED** and is **ENTERED** in favor of Plaintiffs and against Defendant FCA US, LLC in the amount of $30,000, along with Plaintiffs' costs, including attorney fees and expenses, in the amount of $8,000, for a total judgment of $38,000.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE